# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **ANTHONY TYRONE SCOTT #518870** | **CIVIL ACTION NO. 3:07CV550   SEC P** |
| **VERSUS** | **JUDGE JAMES** |
| **PAUL CAMPBELL** | **MAGISTRATE JUDGE HAYES** |

### MEMORANDUM ORDER

On 3/22/07 , a complaint was filed by the plaintiff.  On 3/23/07 , a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application.   Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on 3/22/07 , be, and hereby is, stricken from the record.

THUS DONE May 14, 2007, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE